*W. A. Peele* and *T. M. Brown*, for appellee.

---

## PATTERSON v. GREGG and Another.

APPEAL from the *Lake* Common Pleas.

*Per Curiam.*—This case must be affirmed, on the authority of *Harvey* v. *Dakin*, 12 Ind. 481.

Judgment affirmed, with 5 per cent. damages and costs.

*A. McDonald*, for appellant.

*James Bradley*, for appellees.